pellants. H. W. Unger, of New York City, for respondents. No opinion. Judgment affirmed, with costs. Order filed. See, also, 151 N. Y. Supp. 1114.

---

In re EXTENSION OF OTTILIA ST. (Supreme Court, Appellate Division, Fourth Department. May 5, 1915.) In the matter of the acquisition of lands for the extension of Ottilia Street. No opinion. Appeal dismissed, without costs, upon stipulation filed.

---

In re FANONI et al., (Supreme Court, Appellate Division, Second Department. June 4, 1915.) In the matter of the judicial settlement of the account of Emily S. Fanoni and another, as trustee of Abbie A. Merrill, deceased. No opinion. Decree of the Surrogate's Court of Kings County (88 Misc. Rep. 442, 152 N. Y. Supp. 218) affirmed, with costs.

---

FANTON, Respondent, v. ELLIOTT, Appellant. (Supreme Court, Appellate Division, Fourth Department. April 28, 1915.) Action by Leonard Fanton against Frank Elliott. No opinion. Judgment affirmed, with costs.

---

In re FARLEY, State Excise Com'r. (Supreme Court, Appellate Division, Second Department. June 11, 1915.) In the matter of the petition of William W. Farley, as State Commissioner of Excise, for an order revoking and canceling liquor tax certificate No. 20973, issued to Joseph H. Miller.

PER CURIAM. The parties hereto having stipulated in open court that this case may be disposed of by a court of four, the decision is as follows: Judgment and order affirmed, with costs. See, also, 163 App. Div. 915, 147 N. Y. Supp. 1110.

---

FARNUM v. HARRISON. (Supreme Court, Appellate Division, First Department. May 14, 1915.) Action by William Farnum against William H. Harrison. No opinion. Motion granted. Order filed. See, also, 152 N. Y. Supp. 835.

---

FEDERMAN, Appellant, v. RIEGER, Respondent. (Supreme Court, Appellate Division, Second Department. May 7, 1915.) Action by Philip Federman against Carl Rieger. (Action No. 2.) No opinion. Motion for reargument (151 N. Y. Supp. 1115) denied, with $10 costs.

---

FERRIS, Appellant, v. McCLENAHAN, Respondent, et al. (Supreme Court, Appellate Division, First Department. June 4, 1915.) Action by Eugenie V. H. Ferris against James McClenahan, as substituted trustee, impleaded with others. G. Gordon, of New York City, for appellant. H. M. Haviland, of New York City, for respondent.

PER CURIAM. Judgment affirmed, with costs. Order filed.

INGRAHAM, P. J., dissents.

---

FICHTER, Respondent, v. HALL et al., Appellants. (Supreme Court, Appellate Division, Second Department. May 14, 1915.) Action by Frank A. Fichter against Lillian A. Hall and others.

PER CURIAM. The parties hereto having stipulated in open court that this case may be disposed of by a court of four, the decision is as follows: Judgment affirmed, with costs.

---

In re FIRESTONE. (Supreme Court, Appellate Division, First Department. May 21, 1915.) In the matter of Charles Firestone, an attorney. No opinion. Referred to Hon. Roger A. Pryor, official referee. Settle order on notice.

---

FIRST NAT. BANK OF LITCHFIELD, Respondent, v. JONES et al., Appellants. (Supreme Court, Appellate Division, First Department. May 28, 1915.) Action by First National Bank of Litchfield against Mary E. Jones and another. J. E. Coleman, of New York City, for appellants. D. W. Richards, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

---

FISHMAN, Appellant, v. BAUMSTEIN, Respondent. (Supreme Court, Appellate Division, First Department. May 21, 1915.) Action by Isaac Fishman against William Baumstein. J. Bogart, of New York City, for appellant. A. A. Mayper, of New York City, for respondent. No opinion. Determination (150 N. Y. Supp. 101) affirmed, with costs, and judgment to be entered under the stipulation, dismissing complaint, with costs. Order filed. See, also, 151 N. Y. Supp. 1116.

---

FITZGERALD v. KELLY. (Supreme Court, Appellate Division, First Department. May 28, 1915.) Action by Harry J. Fitzgerald against Walter C. Kelly. No opinion. Application granted. Order signed. See, also, 153 N. Y. Supp. 1114.

---

FITZGERALD v. KELLY. (Supreme Court, Appellate Division, First Department. May 28, 1915.) Action by Harry J. Fitzgerald against Walter C. Kelly. No opinion. Motion for stay granted. Settle order on notice. See, also, 153 N. Y. Supp. 1114.

---

FLEMING v. BACON. (Supreme Court, Appellate Division, First Department. May 28, 1915.) Action by George H. Fleming against Jessie B. Bacon. No opinion. Motion granted, with $10 costs. Order filed.

---

FLYNN, Appellant, v. FLYNN, Respondent. (Supreme Court, Appellate Division, First Department. May 14, 1915.) Action by Martha V. Flynn against Timothy A. Flynn. A. Merchant, Jr., of New York City, for appellant. E. A. Scott, of New York City, for respondent.